

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00059-CR

JUAN D. CALAMEASE                                                    APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY
TRIAL COURT NO. 1383069D

----------

## MEMORANDUM OPINION[1]

----------

Pro se Appellant Juan D. Calamease attempts to appeal from the trial court's January 6, 2016 order denying his motion for judgment nunc pro tunc. On March 9, 2016, we notified Calamease of our concern that we lack jurisdiction over this appeal because the order is not appealable. *See Morris v. State*, No. 02-14-00351-CR, 2014 WL 7204558, at *1 (Tex. App.—Fort Worth Dec. 18,

---

[1]*See* Tex. R. App. P. 47.4.

2014, no pet.) (mem. op., not designated for publication) ("The denial of a motion for judgment nunc pro tunc is not an appealable order."); *see also Ex parte Florence*, 319 S.W.3d 695, 696 (Tex. Crim. App. 2010) (providing that appropriate remedy for denial of motion for judgment nunc pro tunc is to file an application for writ of mandamus in a court of appeals). We informed him that the appeal was subject to dismissal unless he or any party desiring to continue the appeal filed with the court a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 44.3. No response has been filed. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, GABRIEL, and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: April 14, 2016

2